IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CARESOUTH HHA HOLDINGS OF BETHESDA, LLC, et al., | * |
| Plaintiffs, | * |
| v. | * |
| MOBILE MEDICAL INDUSTRIES, INC., et al. | * 1:15-cv-182 |
| Defendants. | * |

O R D E R

Presently pending before the Court is the parties' Consent Motion to Remand Case to the Superior Court of Richmond County, Georgia. (Doc. 11). On October 14, 2015, Plaintiffs filed this action in the Superior Court of Richmond County, Georgia. (Notice of Removal, Doc. 1 at 2). On November 11, 2015, Defendants removed this action to this Court on the basis of diversity jurisdiction. (Id. at 1).

The parties have now stipulated that the above-captioned matter should be remanded. Accordingly, it is hereby **ORDERED** that this action is **REMANDED** to the Superior Court of Richmond County, Georgia. It is **FURTHER ORDERED** that this Order shall be served upon the Clerk of Court for the Superior Court of

Richmond County, Georgia. Finally, the Clerk is **DIRECTED** to **TERMINATE** all motions and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of December, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA